# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXTRACKER INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR FLEXRACK and NORTHERN STATES METALS COMPANY <br><br> Defendants. | C.A. No. 20-849-MN |

## STIPULATION AND [PROPOSED ORDER] OF DISMISSAL

Plaintiff NEXTracker, Inc., and Defendants Northern States Metals Company d/b/a Solar FlexRack, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and defenses in this action are dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdictions over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the action between the parties.

| | |
|---|---|
| FISH & RICHARDSON P.C. | BAKER & HOSTETLER LLP |
| */s/ Gregory R. Booker* <br> Gregory R. Booker (#4784) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19801 <br> (302) 652-5070 <br> booker@fr.com <br><br> *Attorneys for NEXTracker Inc.* | */s/ Jeffrey J. Lyons* <br> Jeffrey J. Lyons (#6437) <br> 1201 North Market Street, 14th Floor <br> Wilmington, DE 19801 <br> (302) 468-7088 <br> jjlyons@bakerlaw.com <br><br> *Attorneys for Northern States Metals Company* |

SO ORDERED this ___day of _____, 2020.

_____
The Hon. Maryellen Noreika
UNITED STATES DISTRICT JUDGE